UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,
#471817,

              CIVIL ACTION NO. 14-12756

        Plaintiff,

              DISTRICT JUDGE LAURIE J. MICHELSON

v.

              MAGISTRATE JUDGE R. STEVEN

WHALEN
DINSA, et al.,

        Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL**

Plaintiff, proceeding *pro se* in this civil rights action brought under 42 U.S.C.

§1983, filed a  motion for appointment of counsel on October 22, 2014 [Docket #15].

Unlike criminal cases, there is no constitutional or statutory right to the appointment

of counsel in civil cases.  Rather, the Court requests members of the bar to assist in

appropriate cases.  In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth

Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right.  It is

a privilege that is justified only by exceptional circumstances." (Internal quotations and

citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil

rights Plaintiffs until after motions to dismiss or motions for summary judgment have been

denied.  At this point, Plaintiff's motion to appoint counsel is premature.  If Plaintiff's claims

ultimately survive  dispositive motions, he may renew his motion for appointment of counsel

at that time.

   Accordingly,

   **IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel

[Docket #15] is **DENIED WITHOUT PREJUDICE**.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record
on October 27, 2014, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen
