UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,
#471817,

          CIVIL ACTION NO. 14-12756

    Plaintiff,

          DISTRICT JUDGE LAURIE J. MICHELSON

v.

          MAGISTRATE JUDGE R. STEVEN WHALEN

SURJIT DINSA, et al.,

    Defendants.
_____/

**ORDER**

Plaintiff Morris Weatherspoon, who is proceeding *pro se* in this prisoner civil rights case, has filed the following motions:

-Motion to dismiss Defendant Potts' summary judgment motion [Doc. #26].

-Motion to dismiss Defendant McGuire's summary judgment motion [Doc. #27].

-Motion to dismiss Defendant Kornowski's summary judgment motion [Doc. #28].

-Motion to Dismiss Defendant Dinsa' summary judgment motion [Doc. #29].

-Motion to Dismiss Defendant Conrad's summary judgment motion [Doc. #30].

-Motion to Deny Defendants' motion to dismiss on grounds of qualified immunity [Doc. #31].

While characterized as "motions to dismiss motions," Plaintiff's filings are, in effect, responses to the Defendants' motions for summary judgment [Doc. #18 and #21]. I construed them as such, and fully considered the arguments contained therein in

-1-

preparing my Report and Recommendation to grant the Defendants' motions.

However, to the extent that the Plaintiff's motions [Doc. #26, #27, #28, #29, #30, and #31] request that the Defendants' summary judgment motions be dismissed or stricken, they are DENIED.

IT IS SO ORDERED.

/s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: August 4, 2015

Certificate of Service

I certify that a copy of this document was served upon parties of record on August 4, 2015 via electronic or postal mail.

/s/A. Chubb
CASE MANAGER