UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,
#471817,

        CIVIL ACTION NO. 14-12756

    Plaintiff,

        DISTRICT JUDGE LAURIE J. MICHELSON

v.

        MAGISTRATE JUDGE R. STEVEN WHALEN

SURJIT DINSA, et al.,

    Defendants.
_____/

**ORDER DENYING MOTION TO AMEND**

On July 11, 2014, Plaintiff Morris Weatherspoon, a prison inmate in the custody of the Michigan Department of Corrections ("MDOC"), filed a *pro se* civil complaint under 42 U.S.C. § 1983, alleging deliberate indifference to his serious medical conditions in violation of the Eighth Amendment. Before the Court is his motion to amend his complaint [Doc. #89].

Despite the general rule of liberality with which leave to file amended complaints is to be granted, *see* Fed.R.Civ.P. 15(a) , the Sixth Circuit has held that when a proposed amended complaint would not survive a motion to dismiss, the court may properly deny the amendment. *Neighborhood Development Corp. v. Advisory Council on Historic Preservation*, 632 F.2d 21, 23 (6th Cir. 1980); *Thiokol Corporation v. Department of Treasury*, 987 F.2d 376 (6th Cir. 1993).

-1-

Plaintiff seeks to amend his complaint by adding information regarding Defendants Potts, Conrad, and Jindal. Potts and Conrad, who were allegedly involved in Plaintiff's dental care have already been dismissed. I have filed a Report and Recommendation that Jindal be granted summary judgment. Plaintiff's requested amendment would be futile.

Therefore, Plaintiff's motion to amend [Doc. #89] is DENIED.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
United States Magistrate Judge

Dated: March 1, 2017

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 1, 2017, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager